UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Williams, Terrence B.

Case No.: 20-10565
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

_Daniel E. Straffi_, _Trustee_ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: 402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on April 14, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Hilton Grand Vacation
80 East Harmon Avenue
Las Vegas, NV
FMV - +/-$ 1000.00

Liens on property:
Hilton Grand Vacations- $6500.00

Plus 10% Estimated Costs of Sale

Amount of equity claimed as exempt: $ -0-

Objections must be served on, and requests for additional information directed to:

Name: Daniel E. Straffi, Esq.
Address: 670 Commons Way Toms River, NJ 08755
Telephone No.: 732-341-3800

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 20-10565-CMG
Terrence B Williams                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Mar 13, 2020
                              Form ID: pdf905          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2020.
db           +Terrence B Williams,    1 Tall Maple Court,    Monroe Township, NJ 08831-1181
518659647    +Hilton Grand Vacations,    6355 Metrowest Blvd Suite 180,    Orlando, FL 32835-7606
518659651    +KML Law Group P.C.,    216 Haddon Ave. Suite 406,    Collingswood, NJ 08108-2812
518659652    +Loancare Servicing Ctr,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
518659653    +Macys/dsnb,    Po Box 8218,    Mason, OH 45040-8218
518659655    +MidFirst Bank,    999 N.W. Grand Blvd Suite 100,    Oklahoma City, OK 73118-6051
518659654    +Middlesex County Chancery Division,    P.O. Box 971,    Trenton, NJ 08625-0971
518659656    +Midland Mtg/midfirst,    Pob 268959,    Oklahoma City, OK 73126-8959
518659658    +New Jersey Division of Taxation,    P.O. Box 046,    Trenton, NJ 08646-0046
518659659    +Nhhelc/gsm&r,    Po Box 3420,    Concord, NH 03302-3420
518659661     Usaa Federal Savings B,    Pob 47504,    San Antonio, TX 78265

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 14 2020 00:29:11     U.S. Attorney,   970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 14 2020 00:29:07     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518659645    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 14 2020 00:33:50
               Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
518659646    +E-mail/PDF: creditonebknotifications@resurgent.com Mar 14 2020 00:33:55     Creditonebnk,
               Po Box 98872,    Las Vegas, NV 89193-8872
518659649     E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 14 2020 00:28:33     Internal Revenue Service,
               44 South Clinton Ave.,    Trenton, NJ 08601
518659657    +E-mail/PDF: pa_dc_claims@navient.com Mar 14 2020 00:34:42     Navient,   Po Box 9500,
               Wilkes Barre, PA 18773-9500
518659660    +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2020 00:35:21     Syncb/amazon,   Po Box 965015,
               Orlando, FL 32896-5015
518662024    +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2020 00:34:25     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518659650*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court:   Internal Revenue Service,    P.O. Box 9052,   Andover, MA 01810)
518659648*   +Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2020 at the address(es) listed below:
              Daniel E. Straffi    bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Mar 13, 2020
                              Form ID: pdf905          Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        Yakov   Rudikh   on behalf of Debtor Terrence B Williams rudikhlawgroup@gmail.com,
         rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com

                                                                           TOTAL: 5