# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In re:  : Case no.: __20-10565__

Terrence B Williams  : Chapter: __7__

  : Judge: __Gravelle__

Debtor(s)  :

## CERTIFICATION OF NO OBJECTION

I __Gary A. Nau__, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
Hilton Grand Vacation Timeshare, Las Vegas Nevada.

JEANNE A. NAUGHTON, Clerk

Date: 4/14/2020         By: Gary A. Nau

*rev.2/10/17*